PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

# IN THE UNITED STATES DISTRICT COURT

FOR THE <u>SOUTHERN</u> DISTRICT OF TEXAS

<u>GALVESTON</u> DIVISION

United States Courts
Southern District of Texas
**FILED**
MAR 28 2024
Nathan Ochsner, Clerk of Court

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

| | |
|---|---|
| <u>SAYANTAN (SY) GHOSE</u><br>PETITIONER<br>(Full name of Petitioner)<br>(ASPIRING LAW PROFESSOR) | <u>TDCJ MEMORIAL UNIT</u><br>CURRENT PLACE OF CONFINEMENT |
| vs.<br>WARDEN<br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE | <u>2313465</u><br>PRISONER ID NUMBER<br><br><u>17-CR-2033</u> |
| RESPONDENT<br>(Name of TDCJ Director, Warden, Jailor, or<br>authorized person having custody of Petitioner) | CASE NUMBER<br>(Supplied by the District Court Clerk) |

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, <u>and</u> (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

- [x] A judgment of conviction or sentence, probation or deferred-adjudication probation.  (Answer Questions 1-4, 5-12 & 20-25)
- [ ] A parole revocation proceeding.  (Answer Questions 1-4, 13-14 & 20-25)
- [ ] A disciplinary proceeding.  (Answer Questions 1-4, 15-19 & 20-25)
- [ ] Other: _____  (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**

Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _____

    122ND DISTRICT COURT - GALVESTON

    20 YEARS - AGG. ASSAULT W/ DEADLY WEAPON. (ACTUALLY, THIS IS A HEART-
    -BREAKING 100% SELF DEFENSE TRAGEDY)

2. Date of judgment of conviction: 1/23/20

3. Length of sentence: 20 YEARS CONCURRENT

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _____

    17-CR-2033 AGG. ASSAULT W/ DEADLY WEAPON

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☒ Not Guilty   ☐ Guilty   ☐ Nolo Contendere

6. Kind of trial: (Check one)  ☒ Jury   ☐ Judge Only

7. Did you testify at trial?   ☐ Yes   ☒ No

8. Did you appeal the judgment of conviction?  ☒ Yes   ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? __14TH CT APP. HOU__

   Cause Number (if known): __14-20-003-14CR__

   What was the result of your direct appeal (affirmed, modified or reversed)? __AFFIRMED__

   What was the date of that decision? __2/3/22__

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: __1) DENIED 6TH AM. RT. TO TESTIFY. 2/DENIED EXPERTS PROMISED. 3) DENIED EXCULPATORY EVIDENCE PROMISED. 4) DENIED EXCULPATORY WITNESS PROMISED. 5) PRO-SE APPEAL BRIEF IGNORED. 6) UN-DESIRED APPEAL ATTORNEY LEFT ON CASE DESPITE DISMISSAL REQUESTS. FLAWED BRIEF. 7) PROS. MISCONDUCT__
   Result: __AFFIRMED. PLEASE OBTAIN GROUNDS 8-27 FROM CCA CLERK.__

   Date of result: __9/21/22__   Cause Number (if known): __PD-0116-22__

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: __DENIED__

   Date of result: __3/27/23 & 6/26/23__

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☐ Yes   ☒ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _____

    Nature of proceeding: _____

    Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court:

_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition? ☐ Yes ☒ No

    (a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

_____

    (b) Give the date and length of the sentence to be served in the future: _____

_____

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?   ☐ Yes   ☐ No

**Parole Revocation:**

13. Date and location of your parole revocation: _____

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?   ☐ Yes   ☐ No

    If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?   ☐ Yes   ☐ No

16. Are you eligible for release on mandatory supervision?   ☐ Yes   ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

    Disciplinary case number: _____

    What was the nature of the disciplinary charge against you? _____

18. Date you were found guilty of the disciplinary violation: _____

    Did you lose previously earned good-time days?   ☐ Yes   ☐ No

    If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

    Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: _____

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?   ☐ Yes   ☐ No

    If your answer to Question 19 is "Yes," answer the following:

    Step 1 Result: _____

DATE OF RESULT: N/A
STEP 2 RESULT: N/A
DATE OF RESULT: N/A
ALL PETITIONERS MUST ANSWER THE REMAINING QUESTIONS:

20. FOR THIS PETITION, STATE EVERY GROUND ON WHICH YOU CLAIM THAT YOU BEING HELD IN VIOLATION OF THE CONSTITUTION, LAWS, OR TREATIES OF THE UNITED STATES. SUMMARIZE BRIEFLY THE FACTS SUPPORTING EACH GROUND. IF NECESSARY, YOU MAY ATTACH PAGES STATING ADDITIONAL GROUNDS & FACTS SUPPORTING THEM.

CAUTION: TO PROCEED IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR AVAILABLE STATE-COURT REMEDIES ON EACH GROUND WHICH YOU REQUEST ACTION BY THE FEDERAL COURT. ALSO, IF YOU FAIL TO SET FORTH ALL THE GROUNDS IN THIS PETITION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE. (ATTN: JUDGES. 1ST 10 PAGES OF 11.07 HABEAS CORPUS ARGUMENTS SENT TO 122ND DIST. CT. CAN BE CONSIDERED 2254 APP UNTIL I AMEND THIS APP & WISH.)(NOTE-GROUNDS FOR 17-CR-2032 & 17-CR-2033 ARE THE SAME.) AWAITING 11.07 DCSW.

#1 ISSUE - PROBLEM- AUTOMATIC NEW TRIAL SITUATION: INNOCENT DEFENDANT (ASPIRING LAW PROFESSOR/ LAW ENFORCEMENT V.E.S.P./ MISSIONARY) SY GHOSE MBA WAS DENIED HIS BASIC 6TH AMENDMENT RIGHT TO TESTIFY: STRUCTURAL ERROR. TRIAL COUNSEL WAS INEFFECTIVE FOR COERCING DEFENDANT NOT TO TESTIFY, & DENYING HIM THE RIGHT TO TESTIFY AS DESIRED. APPEAL ATTORNEY WAS INEFFECTIVE FOR FAILING TO RAISE THIS ISSUE IN HIS UN-DESIRED WEAK ERRONEOUS BRIEF.

*U.S. CONSTITUTION VIOLATIONS - 6TH & 14TH AMENDMENTS. A DEFENDANT MUST BE ALLOWED TO TESTIFY IN ORDER TO HAVE A FAIR TRIAL & DUE PROCESS.

*2254 CRITERIA - NO JUROR WOULD HAVE RULED AGAINST THE DEFENDANT IF THIS ERROR HAD NOT OCCURRED. LOWER / PRIOR COURTS IGNORED THIS ERROR.

*BACKGROUND - DEFENDANT WILL HELP JUDGES SAVE LIVES VIA HIS CLASSES.
1) MISSIONARY SY GHOSE MBA (LAW ENFORCEMENT ALLY) WAS LURED OVER TO THE HOME OF CRIMINAL WAYNE HARRIS & MENTALLY ILL AMANDA HARRIS, TO DISCUSS VISITATION WITH FOSTER DAUGHTER K, SY'S LUCRATIVE INSURANCE BUSINESS OPPORTUNITY, SY'S RADIOLOVEINDIA MINISTRIES MISSION TRIP, & A GUNSALE TO RAISE FUNDS FOR THIS MINISTRY.
2) WHEN SY ARRIVED, WAYNE & AMANDA AMBUSHED SY AT DOUBLE GUNPOINT, & REPEATEDLY ASSAULTED SY FOR NO REASON...UNDER THE GUISE OF A CITIZEN'S ARREST. WAYNE & AMANDA HAD LIED TO POLICE THAT SY STALKED THEM. THEIR REAL FEAR WAS SY WOULD OVERTURN THEIR ADOPTION ATTEMPT OF CHILD K(WHO WAS ISOLATED FROM HER BIOL--OGICAL PARENTS/ SIBLINGS/ GRANDPARENTS).
3) CRIMINAL WAYNE HARRIS & MENTALLY ILL AMANDA HARRIS MUST HAVE FEARED EXPOSURE OF THEIR FELONIES, LIKE ILLEGAL DRUGS IN FAMILY HOMES.
4) MISSIONARY SY GHOSE MBA (LAW ENFORCEMENT ALLY) COMPLIED WITH TPC 9.31 & 9.32 & SELF DEFENSE STATUTES, TRYING TO PEACEFULLY DE-ESCALATE. WAYNE STATED, 'WE'RE GONNA KILL YOU NOW BITCH!'
5) CRIMINAL WAYNE HARRIS & & MENTALLY ILL AMANDA HARRIS DISOBEYED POLICE ORDERS TO DE-ESCALATE, COMMITTED THE CRIME OF UN-LAWFUL RESTRAINT/ FALSE IMPRISONMENT (TPC 20.02), & WERE A LETHAL THREAT TO SY.
6) MISSIONARY SY GHOSE MBA (LAW ENFORCEMENT ALLY) REACTED IN SELF DEFENSE AS HE WAS TRAINED TO DO IN ANTI-ACTIVE-SHOOTER-MANAGEMENT CLASSES.
7) MISSIONARY SY GHOSE MBA (LAW ENFORCEMENT ALLY) NOTIFIED CHILD K'S GRANDMA

CHILD K STATED, 'DADDY (SY) TODAY MY PRAYERS WERE ANSWERED BECAUSE I GOT TO SEE YOU!'

## HIGH PROFILE DEFENDANT - MUSIC MINISTRY

ROSE TO AID CHILD K, & THEN WENT INTO CLINICAL SHOCK.
8) SADLY, THE INEFFECTIVE TRIAL COUNSEL LOST FOCUS OF THESE SIMPLE FACTS (DISTRACTED BY PROSECUTORS UNFAMILIAR WITH AMANDA'S ILLNESSES). HE SHOULD HAVE PUT SY ON THE STAND WITH HIS PAPERS.
9) EVERY DAY, MENTALLY ILL/ SPITEFUL MOTHERS TRIGGER VIOLENCE LIKE THIS. PLEASE MEET MISSIONARY SY TO LAUNCH NEW TRAINING NATIONWIDE TO PREVENT SUCH TRAGEDIES, & STOP PARENTS FROM USING KIDS AS REVENGE TOOLS.
*MISSIONARY SY ALSO HAS A PLAN TO GENERATE $33 MILLION FOR HIS ATTACKERS' FAMILY, AS AN ACT OF CHRISTIAN GRACE...NOT GUILT.

*FACTS - SOLUTION - PLEASE CONSIDER:
THIS STRUCTURAL ERROR REQUIRING REVERSAL RESULTED FROM BOTH ### ABUSE OF DISCRETION BY THE ELDERLY TRIAL COURT JUDGE & INEFFECTIVE ASSISTANCE OF COUNSEL. THE INEFFECTIVE TRIAL COUNSEL BEHAVED AS IF ON DRUGS, OR BATTLING A NEUROMUSCULAR DISORDER. HE WAS ERRATIC, JITTERY, & STUBBORN. HE REFUSED TO LISTEN TO THE INNOCENT DEFENDANT'S REQUEST TO TESTIFY AT LEAST 6 TIMES DURING TRIAL. TRIAL COUNSEL VIOLATED FEDERAL RULE OF EVIDENCE 611 BY WHISPERING AGGRESSIVELY TO THE DEFENDANT SY ,'NO! YOU'RE NOT GOING TO TEST--IFY!'

THE DEFENDANT IS A TRAINED MEDICAL PROFESSIONAL (ICU RN) MBA, PH.D. TRACK STUDENT - CHRISTIAN COUNSELING, ASPIRING LAW PROFESSOR, & LAW ENFORCEMENT V.E.S.P./ CONSULTANT. HE WAS EXPERIENCING PTSD DURING TRIAL (NOW RESOLVED). SY WOULD HAVE TESTIFIED TO BACKGROUND INFO ABOVE, IN-DETAIL COMPLIANCE WITH 9.31 & 9.32, PERCEIVED LETHAL THREAT, TRAINING AS A V.E.S.P. - LAW ENFORCE--MENT ALLY, CPS AFFIDAVIT & SHOOTING DETAIL, ETC. NO JURY WOULD FOUND HIM GUILTY THEN.

THE ERRATIC INEFFECTIVE TRIAL COUNSEL COERCED SY NOT TO TESTIFY.
THE INNOCENT DEFENDANT PRESERVED THIS ERROR BY OBJECTING(BEFORE THE ERRONEOUS VERDICT WAS ANNOUNCED) VERBALLY & IN WRITING , & REQUESTING A WORTHY MISTRIAL. INEFFECTIVE TRIAL COUNSEL CLAIMED HE DID NOT REALIZE DEF--ENDANT SY WANTED TO TESTIFY. SPEAKING AGAINST A CLIENT'S DESIRE TO **PROTECT** HIS 6TH AMENDMENT RIGHT IS A STRUCTURAL ERROR REQUIRING REVERSAL & A NEW TRIAL. SY HAD 30 FOLDERS READY TO PRESENT TO THE JURY.

THE TRIAL COURT ERRED BY DENYING RELIEF, CITING HYBRID REPRESENTATION AS AN EXCUSE TO DENY A U.S. CONSTITUTION 6TH AMENDMENT RIGHT TO TESTIFY. THIS IS ALSO A STRUCTURAL ERROR REQUIRING A NEW TRIAL.

THE INNOCENT DEFENDANT HAD ALSO REQUESTED 3 BAILIFFS TO ALLOW HIM TO ENTER THE COURT BEFORE THE VERDICT WAS DECIDED BUT THE BAILIFFS MADE HIM WAIT UNTIL RIGHT BEFORE THE JURY ENTERED. SY WANTED TO TESTIFY.

THE COURT OF CRIMINAL APPEALS ERRED BY OVERLOOKING THIS SIMPLE 6TH AMENDMENT VIOLATION, PRESENTED IN ASPIRING LAW PROFESSOR SY GHOSE'S PET--ITION FOR DISCRETIONARY REVIEW.

THIS SINGLE ERROR IS SUFFICIENT FOR YOUR COURT TO GRANT A NEW TRIAL. DEFENDANT SY ALSO DOCUMENTED 58+ REVERSIBLE ERRORS FROM TRIAL IN HIS PRO--SE APPEAL FILINGS (14TH CT) & 27 APPEAL PROCESS ERRORS IN HIS PDR. PLEASE SCHEDULE AN EVIDENTIARY HEARING NOW TO SAVE YOURSELF TIME ANALYZING THE NUMEROUS ISSUES & MANY CASES CITED IN THIS 2254 PETITION.

TRANSCRIPT REFERENCES CAN BE PINPOINTED BY DEFENDANT AT EVIDENTIARY HEARING BY ANALYZING LINE NUMBERS IN TRANSCRIPT 1-23-20 VOL.9 PG.2, VOL. 9 PG. 7, VOL. 9 PG. 13, VOL. 9 PG.14-THESE SOURCES ARE FROM TRANSCRIPT MASTER
CHILD K STATED,'DADDY (SY) TODAY MY PRAYERS WERE ANSWERED BECAUSE I GOT TO SEE YOU!'

## HIGH PROFILE DEFENDANT - MUSIC MINISTRY

INDEX DONATED BY FELLOW SEMINARY STUDENT. FULL TRANSCRIPTS FOR INDIGENT DEFENDANTS ARE REQUIRED BY TX. GVT. CODE 52.047A & CASE LAW BUT HAVE NOT BEEN PROVIDED AS OF 1-28-24. SUCH FAILURES INCREASE CHILD ABUSE, CRIME, SENIOR CITIZENS' SUFFERING, & TAXPAYER DOLLARS BEING WASTED.

THE INEFFECTIVE TRIAL COUNSEL WAS ALSO GUILTY OF AN UN-PROFESSIONAL OUTBURST DIRECTED AT THE INNOCENT DEFENDANT SY DURING THE PROSECUTOR'S CLOSING STATEMENTS. PROSECUTOR HAD BEEN LYING ABOUT THE DEFENDANT. SY HAD ALREADY FILED A MOTION TO ASSIST COUNSEL PRO-SE BEFORE TRIAL. SY HAD PROPERLY OBJECTED TO THE PROSECUTOR'S LIES, BECAUSE ### TRIAL COUNSEL WOULD NOT. THE INEFFECTIVE ERRATIC TRIAL COUNSEL #### JUMPED UP OUT### OF HIS CHAIR, BLURTED OUT,"SHUT THE FUCK UP!...THEN HE GRABBED MISSIONARY SY'S PAPERS OUT OF SY'S HAND...CRUMPLED THEM UP...THREW THEM DOWN ON THE TABLE...STUNNED THE JURY...& COST SY HIS FREEDOM.

THIS OUTBURST PREVENTED THE INNOCENT DEFENDANT SY FROM CLOSING LAST AS ALLOWED BY T.C.C.P. 28.02 (TRANSCRIPT 1-22-20 VOL. 8, PG 101.)
*DEFICIENCY - INEFFECTIVE TRIAL COUNSEL FELL FAR SHORT OF MAJORITY-ATTORNEY-POPULATION-STANDARD...BY COERCING INNOCENT DEFENDANT SY NOT TO TESTIFY, DENYING HIM RIGHT TO TESTIFY, & MISBEHAVING WITH SY BEFORE JURORS.
*PREJUDICE-IF THE INEFFECTIVE TRIAL COUNSEL HAD NOT MADE THE ERRORS ABOVE, THEN THE TRIAL OUTCOME WOULD BE DIFFERENT (EXONERATION)...& SY WOULD BE A FREE MAN HELPING YOU WIPE OUT CRIME & SAVING LIVES ON THE MISSION FIELD.

~~############~~

*GOLDEN RULE QUESTION FOR YOU TO ASK YOURSELF:
  WOULD I, A JUDGE, DEMAND A NEW TRIAL FOR MY INNOCENT RELATIVE IF HE/SHE WERE DENIED A 6TH AMENDMENT RIGHT TO TESTIFY.

*RELIEF DESIRED:
  PLEASE SCHEDULE AN EVIDENTIARY HEARING NOW TO DISCUSS ASPIRING LAW PROFESSOR## SY'S LUCRATIVE-CRIME-CRUSHING-CUSTOM-DEFERRED-ADJUDICATION-PROPOSAL...
WHICH WILL MAKE YOU LOOK LIKE A TRUE HERO TO YOUR COUNTY.
  [OR SCHEDULE NEW TRIAL]
*BEST SOLUTION? TOTAL EXTRACTION & PASTOR-LED-MEDIATION...SINCE PROSECUTORS' ENTIRE REPLY BRIEF WAS BASED ON 34+ DELUSIONS (OR LIES) OF MENTALLY ILL AMANDA HARRIS. (EXHIBIT SUBMITTED TO 122ND DIST. CT. & 14 TH CT. APP. & CAN BE SUBMITTED TO YOU LATER IF YOU ALLOW.)

*NOTE - ADDITIONAL GROUNDS HAVE BEEN SUBMITTED TO 122ND DIST. CT. FOR REVIEW BY THEM FOR 11.07 HABEAS CORPUS PROCESS & BY YOU FOR 2254 PROCESS. I WILL SUBMIT THEM TO YOU IN A SEPARATE ENVELOPE TOO. YOU MAY REVIEW THE 1ST 10 PAGES OF GROUNDS IN MY 11.07 APPLICATION, WHICH CAN BE OBTAINED BY CLERK.

I AM REQUESTING A 2254 DEADLINE OF 12/26/24 TO SUBMIT ALL ADDITIONAL DOCUMENTS, SINCE MY POST PDR WRIT OF CERTIORARI REHEARING REJECTION WAS 6/26/23 & I RECEIVED PAPER TRANSCRIPTS 3-18-24 AFTER MULTIPLE EFFORTS BY ME TO OBTAIN THEM... & I HAVE LIMITED STATIONARY ACCESS, LIMITED FUNDS, & HEALTH PROBLEMS WHICH HAVE SLOWED ME DOWN.
(IN FORMA PAUPERIS STATUS IS ON FILE).

------------------------------------------------------------

CERTIFICATE OF SERVICE - TO CLERK: PLEASE SERVE COPIES OF THIS INSTRUMENT ON ALL APPROPRIATE ####### PARTIES. I AM INDIGENT AFTER POURING MY FUNDS INTO MY LIFE SAVING MINISTRY RADIOLOVE INDIA.

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?  ☐ Yes  ☒ No
   If your answer is "Yes," give the date on which <u>each</u> petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

   _____

   _____

   If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?   ☐ Yes   ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
   ☐ Yes   ☒ No

   If your answer is "Yes," state <u>briefly</u> what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

   _____

   _____

   _____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?   ☒ Yes   ☐ No

   If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

   <u>11.07 - 122ND DIST. CT. GALVESTON. FILED 3/25/2024.</u>
   PLEASE MAKE 2254 DEADLINE 12/26/2024 UNLESS TOLLED. (TRANSCRIPT DELAY)

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a)   At preliminary hearing: _____

   (b)   At arraignment and plea: _____

   (c)   At trial:   GREG RUSSELL _____

   (d)   At sentencing: _____

   (e)   On appeal:   JOEL BENNETT _____

   (f)   In any post-conviction proceeding: _____

    (g)    On appeal from any ruling against you in a post-conviction proceeding: _____

_____

**Timeliness of Petition:**

26.    If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

_____

_____

_____

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

~~3/25/24~~ _____ (month, day, year).

Executed (signed) on ___3/25/24_____ (date).

_____
Signature of Petitioner (required)
ASPIRING LAW PROFESSOR
MISSIONARY - CONSULTANT

Petitioner's current address: ~~TDCJ MEMORIAL UNIT - 59 DARRINGTON RD~~
-ROSHARON, TX 77583

---

PLEASE ALLOW INNOCENT DEFENDANT (ASPIRING LAW PROFESSOR/ LAW ENFORCEMENT V.E.S.P. /MISSIONARY) SY GHOSE MBA UNTIL 12/26/24 TO SUBMIT MEMORANDUM OF LAW & EXHIBITS, UNLESS TOLLED.

PLEASE SCHEDULE A VIDEO CONFERENCE WITH HIM TO DISCUSS HIS LUCRATIVE-CRIME-CRUSHING-DEFERRED-ADJUDICATION PROPOSAL TODAY THRU HIS UNIT LAW LIBRARY.
1ST PROJECTS:
A) $36 MILLION DIVERSITY TRAINING CONSULTING PACKAGE FOR COURTS.
B) $50 MILLION CHILD PROTECTIVE SERVICES ABUSE REDUCTION TRAINING FOR COURTS.
C) $75 MILLION ~~$125~~ ETHICS TRAINING CONSULTING PACKAGE FOR COURTS.
D) $2 BILLION REVENUE GENERATING , CRIME-CRUSHING BORDER SOLUTION BENEFITTING TEXAS/ COURTS/ CHURCHES/ CRIME VICTIMS/ PRISON CORPORATIONS/ PRISONS.
E) JUDGE RELIEF TOOL - SIMPLE POWERFUL SCREENING TOOL TO HELP JUDGES IDENTIFY RELEASE-WORTHY PRISONERS.

*SY'S COMPANIES @ :
*THE JUDICIAL RISK ~~@#$%~~ MANAGEMENT CONSULTING FIRM.
*ANGEL OF MERCY MEDIA GROUP.
*EMPOWER MAGAZINE - PROTECTING KIDS & FAMILIES.
*THE FREEDOM FROM YOUR PAST PRISON MINISTRY PROJECT.
*RADIOLOVEAFRICA, RADIOLOVEASIA, RADIOLOVEEUROPE, RADIOAMORLATINA, RADIOLOVE-
 -INDIA MINISTRIES - DJ MAXIMUS.
*OUT-OF-THE-BOX-CONSULTING. (AREAS OF PRACTICE: 1) PUBLIC SAFETY. 2) LEGISLATION. 3) NATIONAL SECURITY. 4) ADVERTISING. 5) LEADERSHIP. 6) DIVERSITY. 7) HR-[RECRUITING/ BENEFITS/ TRAINING]. 8) MARRIAGE - LESSONS LEARNED THE VERY HARD WAY.)

3-25-24
*SY GHOSE MBA.
*ASPIRING LAW PROFESSOR.
*PH.D. TRACK STUDENT - CHRISTIAN COUNSELING.
*THE JUDICIAL RISK MANAGEMENT CONSULTING FIRM.
*THE FREEDOM FROM YOUR PAST PRISON MINISTRY PROJECT.
*EMPOWER MAGAZINE - PROTECTING KIDS & FAMILIES.
*ANGEL OF MERCY MEDIA GROUP.
*RADIOLOVEAFRICA, RADIOLOVEEUROPE, RADIOLOVEASIA, RADIOAMORLATINA,
 RADIOLOVEINDIA MINISTRIES - DJ MAXIMUS.
*OUT-OF-THE-BOX-CONSULTING. (AREAS OF PRACTICE: 1) PUBLIC SAFETY. 2) LEGISL-
-ATION. 3) NATIONAL SECURITY. 4) LEADERSHIP. 5) DIVERSITY. 6) ADVERTISING.
 7) HR-[RECRUITING/ BENEFITS/ TRAINING/]. 8) MARRIAGE-LESSONS LEARNED THE
 VERY HARD WAY.)

59 DARRINGTON RD. #2313465        CAUSE 17-CR-2032 & 2033.
ROSHARON, TX 77583

TO: CLERK - SOUTHERN DISTRICT.

I AM PRAYING FOR GREAT WEALTH FOR YOU & ALL COURT STAFF...
LIKE THE COURT STAFFER WHO GOT RICH SELLING HER BEHIND THE SCENES BOOK
ABOUT THE HIGH PROFILE MURDAUGH TRIAL.
BUT I HOPE FOR NOBLE WEALTH FOR YOU. (LIKE MY CONSULTING OFFERINGS)

PLEASE ADVISE THE COURT:

1) MY 2254 APPLICATION IS ENCLOSED. TX CCA STILL HAS TO RULE ON MY 11.07
   HABEAS CORPUS WRIT. MY 2254 DEADLINE SHOULD BE TOLLED/ PAUSED.
2) I AM SENDING MY 2 CAUSE NUMBERS SEPARATELY. SAME ARGUMENTS.
   SINCE THE SIMPLEST ERROR TO RESOLVE IS THE BASIC U.S. CONSTITUTION 6TH
   AMENDMENT RIGHT TO TESTIFY BEING DENIED...
   THE COURT CAN SAVE TIME BY IMMEDIATELY SCHEDULING A HEARING TO DISCUSS
   MY LUCRATIVE-CRIME-CRUSHING-CUSTOM-DEFERRED-ADJUDICATION-PROPOSAL.
3) I AM REQUESTING A 2254 DEADLINE OF 12/26/24 TO SUBMIT SUPPORTING DOCS..
   SINCE MY POST PDR WRIT OF CERT. REHEARING WAS REJECTED 6/26/23.
   A SEPARATE ABATEMENT MOTION WILL FOLLOW.
4) THE MOST CRITICAL EXHIBIT IS MY 2017 TXDFPS/ CPS COMPLAINT &
   SHOOTING DETAIL AFFIDAVIT WHICH CAN BE OBTAINED FROM 14 TH COURT OF
   APPEALS, & VERIFIED BY TXDFPS/ CPS VETERAN ERIKA VALDEZ/ OPRAH'S ANGEL
   LYNN PRICE/ THEIR PEERS.
5) ANOTHER CRITICAL EXHIBIT SET ARE MY 14TH COURT OF APPEALS REHEARING
   REQUESTS & 3 MEMORANDUMS OUTLINING THE MANY ERRONEOUS DETAILS MISLED
   PROSECUTORS SUBMITTED, BECAUSE THEY DID NOT UNDERSTAND MY EX-WIFE'S
   MENTAL ILLNESS.
6) ANOTHER CRITICAL EXHIBIT IS MY PETITION FOR DISCRETIONARY REVIEW FILED
   IN TX COURT OF CRIMINAL APPEALS. VERSION #1 OF 3 IS MOST APPROPRIATE.
7) I AM REQUESTING A PAGE-LENGTH-EXTENSION FOR MY MEMORANDUM OF LAW, SINCE
   THERE WERE 13 ERRORS FOR 11.07 CONSIDERATION, 27 APPEAL PROCESS ERRORS IN
   PDR, 22+ ACTS OF TRIAL COUNSEL INCOMPETENCE, & 58+ TRIAL ERRORS IN PRO-SE
   DIRECT APPEAL FILINGS. 2254 INSTRUCTIONS ALLOW 20 PAGES TOTAL INCLUDING
   APPLICATION QUESTIONS/ CHECKLISTS. 11.07 PACKET ALLOWS ALL GROUNDS $ (2 PG
   MAX EACH) + 50 PG MEMORANDUM OF LAW + UNLIMITED EXHIBITS. I AM ASKING FOR

*PLEASE OBTAIN 4, 5, 6 FROM CLERKS.

2 PG MAX PER GROUND + 100 PAGES MEMORANDUM OF LAW + UNLIMITED PAGES FOR EXHIBITS. I WILL NEED TO DISCUSS EVIDENTIARY HEARING CASE LAW WITH JUDGES.

8) I HAVE INCLUDED ONE ~~STRONG~~ STRONG GROUND REQUIRING NEW TRIAL. I WILL INCLUDE ADDITIONAL GROUNDS TO MEET YOUR 20 PAGE LIMIT IN A SEPARATE ENVELOPE. PLEASE ~~~~ ACCEPT THE ADDENDUM LATER. AEDPA 1 YR 2254 DEADLINE IS UNCONSTITUTIONAL BECAUSE IT IS IMPOSSIBLE FOR MOST GOOD HEARTED - FUTURE-CRIME-FIGHTER-PRISON-DADS TO COMPLETE A STATE 11.07 HABEAS CORPUS PROCESS WHILE SIMULTANEOUSLY WORKING ON 2254 APP, WITHOUT THE LOWER STATE COURT RULING ON STATE HABEAS CORPUS WRIT. EXAMPLE: ABSURD RESULT. 2254 DEADLINE IS 1/1/25. 11.07 STATE HABEAS COURT REJECTS STATE WRIT 12/31/24. HOW CAN FEDERAL COURT EXPECT LAYPERSON TO SUBMIT 2254 BY 1/1/25 (ONE DAY LATER) ...IF STATE WRIT WAS FILED 12/30/24.

BETTER SOLUTION TO PREVENT MONSTERS FROM GOING HOME ON TECHNALITIES??? MANDATE 4 OF 20+ TDCJ REHAB CLASSES TO EARN A 10 YEAR ~~FILING EXTENSIONS~~, HAVING PROVEN WORTH TO SOCIETY. BEFORE YOU RECEIVE MY REMAINING ROUNDS YOU CAN REVIEW THE SAME 2254 GROUNDS IN 1ST 10 PGS OF MY 11.07 APP.

[I LOOK FORWARD TO MEETING YOU & ALLOWING YOU TO REDEEM MY REPUTATION & THE REPUTATIONS OF THE BRANDS BELOW, DAMAGED BY MISLED GALVESTON PROSECUTORS.] *BY FILING MY GROUNDS FOR 2254 IN MY 11.07 APPLICATION, I HAVE BEAT THE 6/26/24 DEADLINE. YOU CAN OBTAIN MY 11.07 APPLICATION FROM THE 122ND CT. CLERK OF GALVESTON.

*BRANDS:
CC:
CEO HOUSTON METHODIST HOSPITAL * & LEGAL TEAM.
CEO MEMORIAL HERMANN HOSPITAL & LEGAL TEAM.
CEO BAYLOR COLLEGE OF MEDICINE & LEGAL TEAM.
CEO HCA WEST HOUSTON HOSPITAL & LEGAL TEAM.
CEO BEN TAUB HOSPITAL & LEGAL TEAM.
CEO LBJ HOSPITAL & LEGAL TEAM.
CEO DIALYSPA & LEGAL TEAM.
CEO LEXINGTON DIALYSIS & LEGAL TEAM.
CEO BELLAIRE DIALYSIS & LEGAL TEAM.
CHANCELLOR - HOUSTON COMMUNITY COLLEGE SYSTEM.
PRESIDENT - HCC TEXAS MEDICAL CENTER CAMPUS.
DIRECTOR - RN PROGRAM - HCC TEXAS MEDICAL CENTER.
PRESIDENT - IOWA STATE UNIVERSITY.
DIRECTOR - ISU MBA PROGRAM.
PRESIDENT - UNIVERSITY OF HOUSTON.
PRESIDENT - U.T. AUSTIN.
DEAN - U.T. AUSTIN COLLEGE OF NATURAL SCIENCES.
CC: UH LAW PROFESSOR GEORGE MCCALL SECHREST JR.
ATTORNEY ALLETTE B. WILLIAMS.
WORLD FAMOUS ATTORNEY BENJAMIN CRUMP.
WHITE HOUSE CONNECTED TEXAS MEDICAL CENTER PHYSICIANS.
WHITE HOUSE CONSULTANTS - MILLIONARE FELONS. CHRISTIANS.
[THERE ARE THOUSANDS OF REHABILITATED CHRISTIAN FELONS WHO STARTED MINISTRIES/ BUSINESSES...&BECAMEWEALTHY. YOU CAN LEARN A LOT FROM THEM.]

RESPECTFULLY, SY GHOSE MBA - ASPIRING LAW PROFESSOR - MISSIONARY INNOCENT YET INCARCERATED.
    TEXAS JUDGES' #1 GREATEST ASSET TO REDUCE CRIME!!!

*TO - CLERK*

## MAILBOX RULE

IN ACCORDANCE WITH U.S. SUPREME COURT CASE LAW...
THE ENCLOSED MOTION/ LEGAL DOCUMENT IS CONSIDERED FILED
WITH THE COURT IN A TIMELY MANNER ON:

__3/25/24__

BEFORE HIS DEADLINE.

DEFENDANT SY (SAYANTAN) GHOSE - ASPIRING LAW PROFESSOR/ LAW ENFORCEMENT V.E.S.P./ MISSIONARY/ MBA.

Sgt Soyantan Ghuse
TDCJ #2313465
TDCJ Memorial Unit
59 Darrington Rd
Rosharon, TX 77583

To - Clerk
U.S. South